NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIBU, LLC,**
*Plaintiff-Appellant,*

v.

**BUBBLES, INC,**
*Defendant-Appellee.*

---

2012-1651

---

Appeal from the United States District Court for the District of Utah in case no. 12-CV-0187, Judge Dale A. Kimball.

## ORDER

The court considers whether this appeal should be dismissed or transferred.

SIBU, LLC appeals from a judgment of the United States District Court for the District of Utah in a trademark infringement action. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based upon our review, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction

Accordingly,

IT IS ORDERED THAT:

SIBU, LCC V. BUBBLES, INC.                                          2

(1)  The parties are directed to respond within 21 days from the date of filing of this order concerning whether this appeal should be transferred to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

(2)  The briefing scheduled is stayed.

FOR THE COURT

<u>        SEP 2 5 2012        </u>            /s/ Jan Horbaly
Date                                   Jan Horbaly
                                       Clerk


cc:  David R. Parkinson, Esq.
     Kathleen E. McDonald, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 5 2012

JAN HORBALY
CLERK